| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 07225)<br>Chief, Criminal Division |
| 4 | H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3717 |
| 7 | Facsimile: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 4:05-70942 WDB |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | WAIVER OF TIME UNDER SPEEDY |
| v. | ) | TRIAL CLOCK AND FOR |
| | ) | PRELIMINARY HEARING |
| JAMES PETER CHIAVERINI, | ) | |
| | ) | Date: November 23, 2005 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Before the Honorable Edward M. Chen |
| | ) | |

**[PROPOSED] ORDER**

This matter came before the Court on November 23, 2005 at 1:00 p.m. for detention hearing. Pursuant to Federal Rule of Criminal Procedure 5.1(d), Defendant waived time for preliminary hearing until January 12, 2006 at 10:00 a.m. before the Honorable Wayne D. Brazil and also agreed to exclude time under the Speedy Trial Clock to allow for Defendant's counsel to receive discovery from the United States and adequately prepare taking into account the exercise of due diligence. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between November 23, 2005 and January 12, 2006 is excluded from the Speedy Trial Clock to allow for the effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. CR 4:05-70942 WDB     1

1    the granting of such continuance outweigh[s] the best interests of the public and the defendant in

2    a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that Defendant, James

3    Peter Chiaverini, knowingly and voluntarily waived the period between November 23, 2005 and

4    January 12, 2006, such that preliminary hearing, if any is needed, is now scheduled for January

5    12, 2006 at 10:00 a.m. before the Honorable Wayne D. Brazil.

6    DATED: December 7, 2005

7

8             _____
            EDWARD M.
9             United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]

10    Distribute to:

11    William G. Panzer
      370 Grand Avenue
12    Suite 3
      Oakland, CA 94610
13    Counsel for Defendant

14    H. H. (Shashi) Kewalramani
      Assistant United States Attorney
15    1301 Clay Street, Suite 340S
      Oakland, CA 94612
16    Counsel for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. CR 4:05-70942 WDB      2