1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 07225)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3717
7      Facsimile: (510) 637-3724

8  Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                        OAKLAND DIVISION

12 UNITED STATES OF AMERICA,          )   Case No.  CR 4:05-70942 WDB
                                      )
13       Plaintiff,                   )   ORDER GRANTING JOINT REQUEST
                                      )   TO ALLOW DEFENDANT TO SUBMIT
14                                    )   DEED DOCUMENTS SEPARATELY
         v.                           )   FROM APPRAISAL AND TITLE
15                                    )   SEARCH DOCUMENTS FOR PROPERTY
                                      )   BOND
16 JAMES PETER CHIAVERINI,            )
                                      )   Date:   December 2, 2005
17       Defendant.                   )
                                      )   Before the Honorable Wayne D. Brazil
18 _____    )

19                                **ORDER**

20     **IT IS HERBY ORDERED** that the defendant James P. Chiaverini may file the deeds for the

21 property(ies) that are the collateral for the $600,000 property bond set in this matter within two

22 days from the issuance of this order and may separately file the related appraisals and title

23 documents for the property(ies).  These appraisals and title documents must be filed  no later than

24 January 16, 2006.

25 DATED: December 13, 2005

26
                                          _____
27                                        WAYNE D. BRAZIL
                                          United States Magistrate Judge
28

Distribute to:

William G. Panzer
370 Grand Avenue
Suite 3
Oakland, CA 94610
Counsel for Defendant

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

ORDER GRANTING JOINT REQUEST TO ALLOW DEFENDANT
TO SUBMIT DEED DOCUMENTS SEPARATELY
Case No. CR 4:05-70942 WDB         2